**Order entered August 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00894-CV

**TEXAS HEALTH AND HUMAN SERVICES COMMISSION, Appellant**

**V.**

**JOSEPH MCRAE, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-04163**

## ORDER

Before the Court is appellant's August 14, 2014 motion for an extension of time to file a brief. On July 8, 2014, appellant sent a letter to Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court of Dallas County, Texas, requesting preparation of the reporter's record. On July 18, 2014, we notified Vielica Dobbins that the reporter's record was past due and instructed her to file the record within ten days. As of today's date, the reporter's record has not been filed. Appellant's brief will be due twenty days after the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a). Accordingly, we **DENY** as premature appellant's motion for an extension of time to file a brief.

On the Court's own motion, we **ORDER** Vielica Dobbins to file **on or before AUGUST 29, 2014** either: (1) the reporter's record; or (2) written verification that appellant has not paid

for the record.  *We caution appellant that if we receive verification of no payment, we will order the appeal submitted without the reporter's record.  See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable Dale Tillery, Judge of the 134th Judicial District Court of Dallas County, Texas, Vielica Dobbins, and all counsel of record.

/s/    ADA BROWN
       JUSTICE